BEFORE THE THIRD DIVISION, JANUARY 29, 1953

No. 57049.—Los Angeles Brewing Co. et al. *v.* United States, protests 106121–K, etc. (Los Angeles).

Opinion by EKWALL, J. For the reasons stated in *Austin, Nichols & Co., Inc.* v. *United States* (22 Cust. Ct. 33, C. D. 1155), the claim of the plaintiffs was sustained.

No. 57050.— Odom & Company et al. *v.* United States, protests 134248–K, etc. (Seattle).

Opinion by EKWALL, J. For the reasons stated in *Austin, Nichols & Co., Inc.* v. *United States* (22 Cust. Ct. 33, C. D. 1155), the claim of the plaintiffs was sustained.

No. 57051.—Philadelphia Brokerage Co. et al. *v.* United States, protests 191088–K, etc. (Philadelphia).

Opinion by EKWALL, J. For the reasons stated in *Austin, Nichols & Co., Inc.* v. *United States* (22 Cust. Ct. 33, C. D. 1155), the claim of the plaintiffs was sustained.

No. 57052.—The Rudy Patrick Seed Co. *v.* United States, protest 164853–K (New York).

Opinion by EKWALL, J. In accordance with stipulation of counsel that the merchandise consists of bird's-foot trefoil seed (*Lotus corniculatus*) similar in all material respects to that the subject of *Transcontinental Seed, Inc. (Alltransport, Incorporated)* v. *United States* (29 Cust. Ct. 163, C. D. 1462), the claim of the plaintiff was sustained.